No. 699

First Circuit

HYDE v. NELSON BROS.

(October 8, 1930.  Opinion and Decree.)
(December 1, 1930.  Rehearing Refused.)

S. S. Reid, of Amite, attorney for plaintiff, appellee.

B. B. Purser, of Amite, and Eraste Vidrine, of New Orleans, attorneys for defendant, appellant.

PER CURIAM. In this case for the reasons assigned in the case of Dewey D. Stafford v. Nelson Brothers, page 51 herein, 130 So. 234, the judgment appealed from is hereby affirmed with costs.